# EXHIBIT A

| Exhibit A Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| Beat Me Daddy, Eight To The Bar | Prince, Hughie; Raye, Don; Sheehy, Eleanor W | A4V Digital Inc. | EU217514 |
| Boogie Woogie Bugle Boy | Prince, Hughie; Raye, Don | A4V Digital Inc. | EP93068 |
| Bounce Me Brother With A Solid Four | Prince, Hughie; Raye, Don | A4V Digital Inc. | EU238602 |
| Goin' To Town | Mooney , Harold; Prince, Hughie | A4V Digital Inc. | EP24611 |
| Hey Little Girl | Buxer, Bradley; Wilder, Matthew | A4V Digital Inc. | PA0000236971 |
| Hit The Road | Prince, Hughie; Raye, Don; Schoen, Victor | A4V Digital Inc. | EU218621 |
| If I Had A Ribbon Bow | Prince, Hughie; Singer, Louis C | A4V Digital Inc. | EU244687 |
| Let's Have Another One Before We Say Goodnight | Prince, Hughie; Raye, Don | A4V Digital Inc. | EU217514 |
| Rhumboogie | Prince, Hughie; Raye, Don | A4V Digital Inc. | EU212692 |
| Rock-A-Bye The Boogie | Prince, Hughie; Raye, Don | A4V Digital Inc. | EP93072 |
| She Had To Go And Lose It At The Astor | Prince, Hughie; Raye, Don | A4V Digital Inc. | EP83018 |
| Sing, It's Good For You | Mooney , Harold; Prince, Hughie; Robin, Sydney | A4V Digital Inc. | EP0000145245 |
| Sweet Molly | Prince, Hughie | A4V Digital Inc. | EU220903 |
| When Private Brown Becomes A Captain | Prince, Hughie; Raye, Don | A4V Digital Inc. | EP92946 |
| Yodelin' Jive | Prince, Hughie; Raye, Don | A4V Digital Inc. | EU203804 |
| You're A Lucky Fellow, Mr. Smith | Burke, J. F; Prince, Hughie; Raye, Don | A4V Digital Inc. | EP93067 |
| Get Your Paper | Ross, Jerry | J & J Ross Company, LLC | EP0000054378 |
| A Little Brains, A Little Talent | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000397629 |
| A Man Doesn't Know | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000384968 |
| A New Town is a Blue Town | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354372 |

| Exhibit A Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| Acorn In The Meadow | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000337849 |
| Dance With Me | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | PAu002569834 |
| Even Now | Adler, Richard; Howell, Dan; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000068995 |
| Fini    (From The Broadway, Almanac) | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000076679 |
| Goodbye Old Girl | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000384965 |
| Heart | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000089225 |
| Her Is | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354373 |
| Hernando's Hideaway | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354368 |
| Hey There | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000080012 |
| I Never Dreamed    (Fr. Pajama Game) | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354366 |
| I'll Never Be Jealous Again | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354377 |

| Exhibit A Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| I'm Not At All In Love | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354376 |
| Liebchen, Liebchen | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000355869 |
| Morris | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000259100 |
| Near To You | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000089226 |
| No Soap, No Hope, No Mouse, No House Blues | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000217517 |
| Old Shoes | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000343640 |
| Once A Year Day | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354375 |
| Poon Tang | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000288597 |
| Rags To Riches | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000305191 |
| Seven And One-Half Cents | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354362 |
| Shoeless Joe | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000089227 |

| Exhibit A Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| Six Months Out Of Every Year | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000386497 |
| Small Talk | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354374 |
| Steam Heat | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000080011 |
| The Game | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000397630 |
| The Pajama Game | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000359089 |
| The Strange Little Girl | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000229526 |
| The World Around Us | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000355868 |
| There Once Was A Man | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000080488 |
| There's Something About An Empty Chair | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000538602 |
| Think Of The Time I Save | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000359090 |
| Those Were The Good Old Days | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000385820 |

| Exhibit A Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| True Love Goes On And On | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354364 |
| Two Lost Souls | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000089228 |
| What Would You Do If You Were In My Place | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000295084 |
| Whatever Lola Wants | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000384964 |
| When You're Racing With The Clock | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354370 |
| Who's Got The Pain | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000090173 |
| You're So Much A Part Of Me | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000238874 |
| Another Time, Another Place | Adler, Richard | Lakshmi Puja Music Ltd. | EP0000155536 |
| Blackout The Moon | Adler, Richard | Lakshmi Puja Music Ltd. | EU0000634590 |
| Christmas In Your Heart  (From Gift Of Magi) | Adler, Richard | Lakshmi Puja Music Ltd. | EU0000535118 |
| Everybody Loves A Lover | Adler, Richard; Allen, Robert | Lakshmi Puja Music Ltd. | EP0000120870 |
| Nothing More To Look Forward To | Adler, Richard | Lakshmi Puja Music Ltd. | EP0000155537 |
| Ordinary People | Adler, Richard | Lakshmi Puja Music Ltd. | EP0000155540 |
| Something Big | Adler, Richard | Lakshmi Puja Music Ltd. | EP0000155539 |
| The Girl On Page 44 | Adler, Richard; Allen, Robert | Lakshmi Puja Music Ltd. | EP0000126861 |
| The Man Who Invented Love | Adler, Richard | Lakshmi Puja Music Ltd. | EU0000463281 |
| The Three Of Us | Adler, Richard | Lakshmi Puja Music Ltd. | EU0000903985 |

| Exhibit A Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| What's Wrong With Me? | Adler, Richard | Lakshmi Puja Music Ltd. | EP0000155538 |
| A New Pair Of Shoes | Drake, Ervin | Lindabet Music Corporation | EP0000187934 |
| A Room Without Windows | Drake, Ervin | Lindabet Music Corporation | EP0000182248 |
| Across The Wide Missouri | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EP0000052633 |
| After All | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EP0000066181 |
| Al Di La | Donida, Labati; Drake, Ervin; Rapetti, Mogul | Lindabet Music Corporation | EU0000669794 |
| At The Eleventh Hour | Drake, Ervin | Lindabet Music Corporation | EU0000572199 |
| Beloved Be Faithful | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU211774 / EP48434 |
| Can You Guess | Drake, Ervin; Misrachi, Paul M | Lindabet Music Corporation | EP3969 |
| Castle Rock | Drake, Ervin; Sears, Al; Shirl, Jimmy | Lindabet Music Corporation | EP0000055797 |
| Easter Sunday Morning | Cole, Nat K; Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU0000227127 |
| Get Along Home Cindy | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU423052 |
| Good Morning Heartache | Drake, Ervin; Fisher, Dan; Higginbotham, Irene | Lindabet Music Corporation | EU451762 |
| Half Of Me | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU0000415321 |
| Hayfoot Strawfoot | Drake, Ervin; Lengsfelder, Hans; McGrane, Paul J | Lindabet Music Corporation | EU300486 |
| He Believes In Me | Drake, Ervin; Wayne, Bernie | Lindabet Music Corporation | EU0000621377 |

| Exhibit A Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| I Believe | Drake, Ervin; Graham , Irvin; Shirl, Jimmy; Stillman, Al | Lindabet Music Corporation | EU0000296633 |
| I Cannot Make Him Jealous | Drake, Ervin | Lindabet Music Corporation | EU0000159676 |
| I Don't Dig You, Kookie | Drake, Ervin | Lindabet Music Corporation | EU0000579777 |
| I Love, I Live, I Love | Drake, Ervin; Mottola, Anthony | Lindabet Music Corporation | EU0000027455 |
| I'm Grateful | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU0000374476 |
| Intrigue | Drake, Ervin; Durand, Paul | Lindabet Music Corporation | EU0000435685 |
| It Was A Very Good Year | Drake, Ervin | Lindabet Music Corporation | EU0000679631 |
| It's All In Your Heart | Drake, Ervin; Graham , Irvin; Shirl, Jimmy | Lindabet Music Corporation | EP0000078396 |
| Just For Today | Drake, Ervin | Lindabet Music Corporation | EP0000247807 |
| Love Sick | Drake, Ervin; Fambro, Rickie K; King, Fallon; King, Farrah; King, Felisha; King, Neosha | Lindabet Music Corporation | PA0001701094 |
| Make Believe Lover | Drake, Ervin | Lindabet Music Corporation | EP0000154564 |
| Marilyn | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU0000284921 |
| My Friend | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU0000335965 |
| My Pretty Shoo-gah | Andries, Franz-Leo; Drake, Ervin; Gietz, Heinz; Shirl, Jimmy | Lindabet Music Corporation | EP0000085170 |

| Exhibit A Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| No Restricted Signs | Drake, Ervin | Lindabet Music Corporation | EP9438 |
| One God | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU0000349948 |
| Perdido | Drake, Ervin; Lengsfelder, Hans; Tizol, Juan | Lindabet Music Corporation | EP107397 |
| Se Piangi Se Ridi | Drake, Ervin; Marchetti, Attilio; Rapetti, Mogul; Satti, Roberto | Lindabet Music Corporation | EP0000200359 |
| Some Days Everything Goes Wrong | Drake, Ervin | Lindabet Music Corporation | EP0000182247 |
| Something To Live For | Drake, Ervin | Lindabet Music Corporation | EP0000182245 |
| Sonata | Alstone, Alex; Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EF6320 |
| That's Good, That's Bad | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU0000239742 |
| The Father Of Girls | Drake, Ervin | Lindabet Music Corporation | EU0000789184 |
| The Friendliest Thing | Drake, Ervin | Lindabet Music Corporation | EP0000182246 |
| The Look Of Love | Davies, Lewis; Drake, Ervin; Light, Enoch | Lindabet Music Corporation | EU0000706321 |
| The Mystery (Who Is God) | Drake, Ervin; Fisher, Dan; Griffin, William; Higginbotham, Irene | Lindabet Music Corporation | PA0000880543 |
| The Parable Of The Monkey | Drake, Ervin | Lindabet Music Corporation | EU0000064967 |
| The Wrong Man | Drake, Ervin | Lindabet Music Corporation | EP0000248073 |
| There's A Big Blue Cloud | Drake, Ervin; Lengsfelder, Hans; McGrane, Paul J | Lindabet Music Corporation | EU0000235969 |

| Exhibit A Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| This Too Shall Pass Away | Drake, Ervin; Graham , Irvin; Shirl, Jimmy | Lindabet Music Corporation | EU0000310218 |
| Tico Tico (Version w/English Lyrics) | Abrea, Zequinha; Drake, Ervin | Lindabet Music Corporation | EP116267 |
| Uno Per Tutte | Cesari, Elio; Cesari, Orfelio; Drake, Ervin; Rapetti, Mogol G; Testa, Alberto | Lindabet Music Corporation | EP0000174262 |
| Wedding Of The Year | Drake, Ervin | Lindabet Music Corporation | EU0000815848 |
| You Blew Out The Flame In My Heart | Drake, Ervin; Hodges, Johnny; Shirl, Jimmy | Lindabet Music Corporation | EP0000055515 |
| You Can In The Yucatan | Drake, Ervin; Hernandez, Rafael M; Shirl, Jimmy | Lindabet Music Corporation | EP27079 |
| You're No Good | Drake, Ervin | Lindabet Music Corporation | EP0000187935 |
| By The Light Of The Stars | Little, George A; Shay, Larry; Sizemore, Arthur L | Music By Shay | E610691 |
| Don't Cross Your Fingers | Donahue, Al; Marks, John D; Shay, Larry | Music By Shay | EP69964 |
| Everywhere You Go | Fisher, Mark; Goodwin, Joe; Shay, Larry | Music By Shay | E679466 |
| Get Out And Get Under The Moon | Jerome, William; Shay, Larry; Tobias, Charles | Music By Shay | E688151 |
| I Like Pie, I Like Cake | Little, George A; Shay, Larry; Sizemore, Arthur L | Music By Shay | E609199 |
| I'd Love To Call You My Sweetheart | Ash, Paul; Goodwin, Joe; Harris, Harry; Shay, Larry | Music By Shay | E643251 |
| Our Old Home Team | Gillespie, Haven; Shay, Larry | Music By Shay | EP0000176645 |
| Take A Letter Miss Jones | Holzer, Lou; Laurent, Anne; Shay, Larry | Music By Shay | EP55785 |

| Exhibit A Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| That's Georgia | Gillespie, Haven; Little, George A; Shay, Larry | Music By Shay | E588695 |
| Tie Me To Your Apron Strings Again | Goodwin, Joe; Shay, Larry | Music By Shay | E628273 |
| Too Tired | Little, George A; Shay, Larry; Sizemore, Arthur L | Music By Shay | E588223 |
| When You're Smiling (The Whole World Smiles With You) | Fisher, Mark; Goodwin, Joe; Shay, Larry | Music By Shay | E690642 |
| Who Wouldn't Be Jealous Of You | Frommel, George; Gillespie, Haven; Shay, Larry | Music By Shay | E699632 |
| You're In Kentucky Sure As You're Born | Gillespie, Haven; Little, George A; Shay, Larry | Music By Shay | E574926 |
| A Cowboy Has To Sing | Nolan, Bob | Music Of The West | EP76252 |
| A Sandman Lullaby | Nolan, Bob | Music Of The West | EP56243 |
| At The Rainbow's End | Nolan, Bob | Music Of The West | EP54004 |
| Biscuit Blues | Nolan, Bob | Music Of The West | EP76252 |
| Blue Prairie | Nolan, Bob; Spencer, Tim | Music Of The West | EP55065 |
| Bound For The Rio Grande | Nolan, Bob | Music Of The West | EP76252 |
| Chant Of The Plains | Nolan, Bob | Music Of The West | EP58692 |
| Chant Of The Wanderer | Nolan, Bob | Music Of The West | EP85378 |
| Cody Of The Pony Express | Nolan, Bob | Music Of The West | EP85378 |
| Cool Water | Nolan, Bob | Music Of The West | EP58693 |
| Cottage In The Clouds | Nolan, Bob; Perryman, Lloyd | Music Of The West | EP76252 |
| Echoes From The Hills | Nolan, Bob | Music Of The West | EP54004 |
| Following The Sun All Day | Nolan, Bob | Music Of The West | EU153491 |
| Grab Your Saddle Horn And Blow | Nolan, Bob | Music Of The West | EP85378 |
| Happy Cowboy | Nolan, Bob; Spencer, Tim | Music Of The West | EP54004 |
| He Walks With The Wild And The Lonely | Nolan, Bob | Music Of The West | EP0000177808 |
| Hold That Critter Down | Nolan, Bob | Music Of The West | EU124066 |
| I Follow The Stream | Nolan, Bob | Music Of The West | EP54004 |
| I Still Do | Nolan, Bob | Music Of The West | EP56243 |
| I Wonder If She Waits For Me Tonight | Nolan, Bob | Music Of The West | EU153492 |
| Lone Buckaroo | Nolan, Bob | Music Of The West | EP76252 |

| Exhibit A Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| Lord You Made The Cowboy Happy | Nolan, Bob | Music Of The West | EU153496 |
| Love Song Of The Waterfall | Barnes, Bernard; Nolan, Bob; Winge, Carl | Music Of The West | EP66525 |
| Moonlight On The Prairie | Nolan, Bob; Spencer, Tim | Music Of The West | EP43820 |
| Move On, You Lazy Cattle | Nolan, Bob | Music Of The West | EP85378 |
| My Boy | Nolan, Bob | Music Of The West | EP56243 |
| My Daddy | Nolan, Bob | Music Of The West | EP54004 |
| Ne Hah Nee | Nolan, Bob | Music Of The West | EP16043 |
| On The Rhythm Range | Nolan, Bob | Music Of The West | EP85378 |
| One More Ride | Nolan, Bob | Music Of The West | EP56243 |
| Open Range Ahead | Nolan, Bob | Music Of The West | EU153494 |
| Ridin' Home | Nolan, Bob | Music Of The West | EU98372 |
| Rise An Shine | Nolan, Bob | Music Of The West | EP85378 |
| Round Up In The Sky | Nolan, Bob | Music Of The West | EP54004 |
| Round Up Time Is Over | Nolan, Bob | Music Of The West | EP85378 |
| Saddle Your Worries To The Wind | Nolan, Bob | Music Of The West | EP76252 |
| Send Him Home To Me | Nolan, Bob | Music Of The West | EU160987 |
| Sky Ball Paint | Nolan, Bob | Music Of The West | EP54004 |
| Song Of The Bandit | Nolan, Bob | Music Of The West | EU153495 |
| Still Water Pool | Nolan, Bob | Music Of The West | EP85378 |
| The Boss Is Hangin' Out A Rainbow | Nolan, Bob | Music Of The West | EP85378 |
| The Devil's Great Grand Son | Nolan, Bob | Music Of The West | EU160994 |
| The Hangin' Blues | Nolan, Bob | Music Of The West | EU160998 |
| The Touch Of God's Hand | Nolan, Bob | Music Of The West | EU119489 |
| The West Is In My Soul | Nolan, Bob | Music Of The West | EP85378 |
| This Ain't The Same Old Range | Nolan, Bob | Music Of The West | EU160991 |
| This Old White Mule Of Mine | Nolan, Bob | Music Of The West | EP54004 |
| Trail Dreamin' | Nolan, Bob | Music Of The West | EP85378 |
| Trail Herdin' Cowboy | Nolan, Bob | Music Of The West | EP85378 |
| Tumbling Tumbleweeds | Nolan, Bob | Music Of The West | EP42785 |
| Way Out There | Nolan, Bob | Music Of The West | EP54004 |
| When Pay Day Rolls Around | Nolan, Bob | Music Of The West | EP76252 |
| When The Golden Train Comes Down | Nolan, Bob | Music Of The West | EP54004 |

| Exhibit A Musical Compositions | | | |
|---|---|---|---|
| Composition Title | Writer(s) | Publisher(s) | Copyright Registration # |
| Wind | Nolan, Bob | Music Of The West | EP171759 |
| A Time For Farewell | Dankworth, Clementime D; Ungar, Jay | Swinging Door Music | PAu001877862 |
| Ashokan Farewell | Ungar, Jay | Swinging Door Music | PAu000705710 |
| Backyard Symphony | Ungar, Jay | Swinging Door Music | PA0001195515 |
| Bad Attitude | Mason, Molly | Swinging Door Music | PA0001195516 |
| Big John Mc Neal | Barenberg, Russell; Glaser, Matt; Mason, Molly; Stover, Evan; Ungar, Jay | Swinging Door Music | PA0000159294 |
| Bonaparte's Retreat | Mason, Molly; Ungar, Jay | Swinging Door Music | PAu002444192 |
| Bound For Another Harvest Home | Mason, Molly | Swinging Door Music | PA0000984930 |
| Brother's Keeper | Ungar, Jay | Swinging Door Music | PA0000625349 |
| Calling Jesse | Stover, Evan | Swinging Door Music | PA0000159290 |
| Catskill Mountain Goose Chase | Ungar, Jay | Swinging Door Music | PA0000019454 |
| Come To The Mountain | Ungar, Jay | Swinging Door Music | EP0000319106 |
| Contranova | Barenberg, Russell; Glaser, Matt; Mason, Molly; Stover, Evan; Ungar, Jay | Swinging Door Music | PAu000705702 |
| Daybreak In The Mountains | Barenberg, Russell; Glaser, Matt; Mason, Molly; Stover, Evan; Ungar, Jay | Swinging Door Music | PA0000159297 |
| Deax Voyages | Balfa, Christine; Powell, Dirk R | Swinging Door Music | PA0000864314 |
| Four Blue Walls | Merenda, Ruth U | Swinging Door Music | PAu002515754 |
| Going To The Bran Dance | Barenberg, Russell; Glaser, Matt; Mason, Molly; Stover, Evan; Ungar, Jay | Swinging Door Music | PA0000159298 |
| Harvest Home Suite | Mason, Molly; Ungar, Jay | Swinging Door Music | PAu002312310 |
| Icelandic Hymn | Sigurbjornsson, Thorkell | Swinging Door Music | PAu000705709 |
| Look South | Stover, Evan | Swinging Door Music | PAu000705708 |
| Louisiana Wedding Bells | Mason, Molly | Swinging Door Music | PAu002189811 |
| Lover's Waltz | Mason, Molly; Ungar, Jay | Swinging Door Music | PAu001712752 |
| Macpherson's Fiddle and Macpherson's Strut | Ungar, Jay | Swinging Door Music | PA0000159292 |

| Exhibit A Musical Compositions | | | |
| --- | --- | --- | --- |
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| Melt Down At Indian Point | Ungar, Jay | Swinging Door Music | PA0000159293 |
| Misty Morning | Krumm, John | Swinging Door Music | PAu002185783 |
| O Death | Billington, Scott; Jones, Bessie; Lomax, Alan; Powell, Dirk R; Reynolds, Steven | Swinging Door Music | PA0001615300 |
| Poto And Cabengo | Glaser, Matt | Swinging Door Music | PAu000705707 |
| Prairie Spring | Ungar, Jay | Swinging Door Music | PAu002453701 |
| Rag On Blues | Hardy, Lyn | Swinging Door Music | PAu001245826 |
| Safety First | Hardy, Lyn | Swinging Door Music | PAu001245824 |
| Snowbird In The Ashbank | Stover, Evan; Ungar, Jay | Swinging Door Music | PAu000705704 |
| The Farmer's Set | Mason, Molly; Ungar, Jay | Swinging Door Music | PAu002444190 |
| The Lover's Lament | Mason, Molly; Ungar, Jay | Swinging Door Music | PAu002186102 |
| The Misty Dawn Medley: Misty Molly/Foxy Mary/My Darling Asleep | Ungar, Jay | Swinging Door Music | PAu002185783 |
| The Montague Processional | Kaynor, David | Swinging Door Music | PAu002185782 |
| The Rags | Barenberg, Russell; Glaser, Matt; Mason, Molly; Stover, Evan; Ungar, Jay | Swinging Door Music | PA0000159295 |
| Three's A Crowd | Hardy, Lyn | Swinging Door Music | PAu001245827 |
| Unbroken Thread | Mason, Molly; Nichols, Penelope J | Swinging Door Music | PA0000940378 |
| Vladimir's Steamboat | Ungar, Jay | Swinging Door Music | PAu000705711 |
| Western Skies | Mason, Molly; Ungar, Jay | Swinging Door Music | PAu001881206 |
| When The Night Bird Sings | Simos, Mark | Swinging Door Music | PA0000304952 |
| Whitesburg | Stover, Evan | Swinging Door Music | PAu000705703 |
| You Low Down Dirty Dog | Ungar, Jay | Swinging Door Music | PA0000159291 |