# EXHIBIT B

| Exhibit B Musical Compositions | | | |
|---|---|---|---|
| Composition Title | Writer(s) | Publisher(s) | Copyright Registration # |
| A Sandman Lullaby | Nolan, Bob | Music Of The West | EP56243 |
| At The Eleventh Hour | Drake, Ervin | Lindabet Music Corporation | EU0000572199 |
| Bound For Another Harvest Home | Mason, Molly | Swinging Door Music | PA0000984930 |
| Even Now | Adler, Richard; Howell, Dan; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000068995 |
| Get Your Paper | Ross, Jerry | J & J Ross Company, LLC | EP0000054378 |
| I Like Pie, I Like Cake | Little, George A; Shay, Larry; Sizemore, Arthur L | Music By Shay | E609199 |
| Lone Buckaroo | Nolan, Bob | Music Of The West | EP76252 |
| Love Sick | Drake, Ervin; Fambro, Rickie K; King, Fallon; King, Farrah; King, Felisha; King, Neosha | Lindabet Music Corporation | PA0001701094 |
| Misty Morning | Krumm, John | Swinging Door Music | PAu002185783 |
| Move On, You Lazy Cattle | Nolan, Bob | Music Of The West | EP85378 |
| No Soap, No Hope, No Mouse, No House Blues | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000217517 |
| Round Up In The Sky | Nolan, Bob | Music Of The West | EP54004 |
| The Mystery (Who Is God) | Drake, Ervin; Fisher, Dan; Griffin, William; Higginbotham, Irene | Lindabet Music Corporation | PA0000880543 |
| Unbroken Thread | Mason, Molly; Nichols, Penelope J | Swinging Door Music | PA0000940378 |
| When The Night Bird Sings | Simos, Mark | Swinging Door Music | PA0000304952 |