# EXHIBIT C

| Exhibit C Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| If I Had A Ribbon Bow | Prince, Hughie; Singer, Louis C | A4V Digital Inc. | EU244687 |
| Let's Have Another One Before We Say Goodnight | Prince, Hughie; Raye, Don | A4V Digital Inc. | EU217514 |
| Rock-A-Bye The Boogie | Prince, Hughie; Raye, Don | A4V Digital Inc. | EP93072 |
| She Had To Go And Lose It At The Astor | Prince, Hughie; Raye, Don | A4V Digital Inc. | EP83018 |
| Sing, It's Good For You | Mooney, Harold; Prince, Hughie; Robin, Sydney | A4V Digital Inc. | EP0000145245 |
| Sweet Molly | Prince, Hughie | A4V Digital Inc. | EU220903 |
| When Private Brown Becomes A Captain | Prince, Hughie; Raye, Don | A4V Digital Inc. | EP92946 |
| A Man Doesn't Know | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000384968 |
| Acorn In The Meadow | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000337849 |
| Fini   (From The Broadway, Almanac) | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000076679 |
| Goodbye Old Girl | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000384965 |
| I Never Dreamed   (Fr. Pajama Game) | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354366 |
| Liebchen, Liebchen | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000355869 |
| Old Shoes | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000343640 |
| Poon Tang | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000288597 |
| Seven And One-Half Cents | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354362 |
| The Game | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000397630 |
| The Pajama Game | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000359089 |

| Exhibit C Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| What Would You Do If You Were In My Place | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000295084 |
| When You're Racing With The Clock | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354370 |
| Another Time, Another Place | Adler, Richard | Lakshmi Puja Music Ltd. | EP0000155536 |
| Christmas In Your Heart (From Gift Of Magi) | Adler, Richard | Lakshmi Puja Music Ltd. | EU0000535118 |
| Nothing More To Look Forward To | Adler, Richard | Lakshmi Puja Music Ltd. | EP0000155537 |
| The Girl On Page 44 | Adler, Richard; Allen, Robert | Lakshmi Puja Music Ltd. | EP0000126861 |
| What's Wrong With Me? | Adler, Richard | Lakshmi Puja Music Ltd. | EP0000155538 |
| A New Pair Of Shoes | Drake, Ervin | Lindabet Music Corporation | EP0000187934 |
| Can You Guess | Drake, Ervin; Misrachi, Paul M | Lindabet Music Corporation | EP3969 |
| Easter Sunday Morning | Cole, Nat K; Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU0000227127 |
| Get Along Home Cindy | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU423052 |
| Half Of Me | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU0000415321 |
| Hayfoot Strawfoot | Drake, Ervin; Lengsfelder, Hans; McGrane, Paul J | Lindabet Music Corporation | EU300486 |
| I Don't Dig You, Kookie | Drake, Ervin | Lindabet Music Corporation | EU0000579777 |
| I Love, I Live, I Love | Drake, Ervin; Mottola, Anthony | Lindabet Music Corporation | EU0000027455 |
| I'm Grateful | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU0000374476 |
| It's All In Your Heart | Drake, Ervin; Graham, Irvin; Shirl, Jimmy | Lindabet Music Corporation | EP0000078396 |
| My Pretty Shoo-gah | Andries, Franz-Leo; Drake, Ervin; Gietz, Heinz; Shirl, Jimmy | Lindabet Music Corporation | EP0000085170 |
| Se Piangi Se Ridi | Drake, Ervin; Marchetti, Attilio; Rapetti, Mogul; Satti, Roberto | Lindabet Music Corporation | EP0000200359 |
| Some Days Everything Goes Wrong | Drake, Ervin | Lindabet Music Corporation | EP0000182247 |
| The Parable Of The Monkey | Drake, Ervin | Lindabet Music Corporation | EU0000064967 |

| Exhibit C Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| The Wrong Man | Drake, Ervin | Lindabet Music Corporation | EP0000248073 |
| There's A Big Blue Cloud | Drake, Ervin; Lengsfelder, Hans; McGrane, Paul J | Lindabet Music Corporation | EU0000235969 |
| This Too Shall Pass Away | Drake, Ervin; Graham , Irvin; Shirl, Jimmy | Lindabet Music Corporation | EU0000310218 |
| Uno Per Tutte | Cesari, Elio; Cesari, Orfelio; Drake, Ervin; Rapetti, Mogol G; Testa, Alberto | Lindabet Music Corporation | EP0000174262 |
| Wedding Of The Year | Drake, Ervin | Lindabet Music Corporation | EU0000815848 |
| You Can In The Yucatan | Drake, Ervin; Hernandez, Rafael M; Shirl, Jimmy | Lindabet Music Corporation | EP27079 |
| You're No Good | Drake, Ervin | Lindabet Music Corporation | EP0000187935 |
| By The Light Of The Stars | Little, George A; Shay, Larry; Sizemore, Arthur L | Music By Shay | E610691 |
| Don't Cross Your Fingers | Donahue, Al; Marks, John D; Shay, Larry | Music By Shay | EP69964 |
| I'd Love To Call You My Sweetheart | Ash, Paul; Goodwin, Joe; Harris, Harry; Shay, Larry | Music By Shay | E643251 |
| That's Georgia | Gillespie, Haven; Little, George A; Shay, Larry | Music By Shay | E588695 |
| Tie Me To Your Apron Strings Again | Goodwin, Joe; Shay, Larry | Music By Shay | E628273 |
| Too Tired | Little, George A; Shay, Larry; Sizemore, Arthur L | Music By Shay | E588223 |
| You're In Kentucky Sure As You're Born | Gillespie, Haven; Little, George A; Shay, Larry | Music By Shay | E574926 |
| Chant Of The Plains | Nolan, Bob | Music Of The West | EP58692 |
| Cottage In The Clouds | Nolan, Bob; Perryman, Lloyd | Music Of The West | EP76252 |
| Grab Your Saddle Horn And Blow | Nolan, Bob | Music Of The West | EP85378 |
| My Boy | Nolan, Bob | Music Of The West | EP56243 |
| My Daddy | Nolan, Bob | Music Of The West | EP54004 |
| Ne Hah Nee | Nolan, Bob | Music Of The West | EP16043 |
| Saddle Your Worries To The Wind | Nolan, Bob | Music Of The West | EP76252 |

| Exhibit C Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| The Touch Of God's Hand | Nolan, Bob | Music Of The West | EU119489 |
| A Time For Farewell | Dankworth, Clementime D; Ungar, Jay | Swinging Door Music | PAu001877862 |
| Big John Mc Neal | Barenberg, Russell; Glaser, Matt; Mason, Molly; Stover, Evan; Ungar, Jay | Swinging Door Music | PA0000159294 |
| Catskill Mountain Goose Chase | Ungar, Jay | Swinging Door Music | PA0000019454 |
| Come To The Mountain | Ungar, Jay | Swinging Door Music | EP0000319106 |
| Deax Voyages | Balfa, Christine; Powell, Dirk R | Swinging Door Music | PA0000864314 |
| Going To The Bran Dance | Barenberg, Russell; Glaser, Matt; Mason, Molly; Stover, Evan; Ungar, Jay | Swinging Door Music | PA0000159298 |
| Harvest Home Suite | Mason, Molly; Ungar, Jay | Swinging Door Music | PAu002312310 |
| Macpherson's Fiddle and Macpherson's Strut | Ungar, Jay | Swinging Door Music | PA0000159292 |
| Rag On Blues | Hardy, Lyn | Swinging Door Music | PAu001245826 |
| Safety First | Hardy, Lyn | Swinging Door Music | PAu001245824 |
| Three's A Crowd | Hardy, Lyn | Swinging Door Music | PAu001245827 |
| Western Skies | Mason, Molly; Ungar, Jay | Swinging Door Music | PAu001881206 |