# EXHIBIT D

| Exhibit D Musical Compositions | | | |
|---|---|---|---|
| Composition Title | Writer(s) | Publisher(s) | Copyright Registration # |
| Beat Me Daddy, Eight To The Bar | Prince, Hughie; Raye, Don; Sheehy, Eleanor W | A4V Digital Inc. | EU217514 |
| Boogie Woogie Bugle Boy | Prince, Hughie; Raye, Don | A4V Digital Inc. | EP93068 |
| Bounce Me Brother With A Solid Four | Prince, Hughie; Raye, Don | A4V Digital Inc. | EU238602 |
| Goin' To Town | Mooney, Harold; Prince, Hughie | A4V Digital Inc. | EP24611 |
| Hey Little Girl | Buxer, Bradley; Wilder, Matthew | A4V Digital Inc. | PA0000236971 |
| Hit The Road | Prince, Hughie; Raye, Don; Schoen, Victor | A4V Digital Inc. | EU218621 |
| Rhumboogie | Prince, Hughie; Raye, Don | A4V Digital Inc. | EU212692 |
| Yodelin' Jive | Prince, Hughie; Raye, Don | A4V Digital Inc. | EU203804 |
| You're A Lucky Fellow, Mr. Smith | Burke, J. F; Prince, Hughie; Raye, Don | A4V Digital Inc. | EP93067 |
| A Little Brains, A Little Talent | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000397629 |
| A New Town is a Blue Town | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354372 |
| Dance With Me | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | PAu002569834 |
| Heart | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000089225 |
| Her Is | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354373 |
| Hernando's Hideaway | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354368 |
| Hey There | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000080012 |
| I'll Never Be Jealous Again | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354377 |
| I'm Not At All In Love | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354376 |
| Morris | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000259100 |
| Near To You | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000089226 |

| Exhibit D Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| Once A Year Day | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354375 |
| Rags To Riches | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000305191 |
| Shoeless Joe | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000089227 |
| Six Months Out Of Every Year | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000386497 |
| Small Talk | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354374 |
| Steam Heat | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000080011 |
| The Strange Little Girl | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000229526 |
| The World Around Us | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000355868 |
| There Once Was A Man | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000080488 |
| There's Something About An Empty Chair | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000538602 |
| Think Of The Time I Save | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000359090 |
| Those Were The Good Old Days | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000385820 |
| True Love Goes On And On | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000354364 |
| Two Lost Souls | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000089228 |
| Whatever Lola Wants | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000384964 |
| Who's Got The Pain | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EP0000090173 |

| Exhibit D Musical Compositions | | | |
|---|---|---|---|
| **Composition Title** | **Writer(s)** | **Publisher(s)** | **Copyright Registration #** |
| You're So Much A Part Of Me | Adler, Richard; Ross, Jerry | J & J Ross Company, LLC & Lakshmi Puja Music Ltd. | EU0000238874 |
| Blackout The Moon | Adler, Richard | Lakshmi Puja Music Ltd. | EU0000634590 |
| Everybody Loves A Lover | Adler, Richard; Allen, Robert | Lakshmi Puja Music Ltd. | EP0000120870 |
| Ordinary People | Adler, Richard | Lakshmi Puja Music Ltd. | EP0000155540 |
| Something Big | Adler, Richard | Lakshmi Puja Music Ltd. | EP0000155539 |
| The Man Who Invented Love | Adler, Richard | Lakshmi Puja Music Ltd. | EU0000463281 |
| The Three Of Us | Adler, Richard | Lakshmi Puja Music Ltd. | EU0000903985 |
| A Room Without Windows | Drake, Ervin | Lindabet Music Corporation | EP0000182248 |
| Across The Wide Missouri | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EP0000052633 |
| After All | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EP0000066181 |
| Al Di La | Donida, Labati; Drake, Ervin; Rapetti, Mogul | Lindabet Music Corporation | EU0000669794 |
| Beloved Be Faithful | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU211774 / EP48434 |
| Castle Rock | Drake, Ervin; Sears, Al; Shirl, Jimmy | Lindabet Music Corporation | EP0000055797 |
| Good Morning Heartache | Drake, Ervin; Fisher, Dan; Higginbotham, Irene | Lindabet Music Corporation | EU451762 |
| He Believes In Me | Drake, Ervin; Wayne, Bernie | Lindabet Music Corporation | EU0000621377 |
| I Believe | Drake, Ervin; Graham, Irvin; Shirl, Jimmy; Stillman, Al | Lindabet Music Corporation | EU0000296633 |
| I Cannot Make Him Jealous | Drake, Ervin | Lindabet Music Corporation | EU0000159676 |
| Intrigue | Drake, Ervin; Durand, Paul | Lindabet Music Corporation | EU0000435685 |
| It Was A Very Good Year | Drake, Ervin | Lindabet Music Corporation | EU0000679631 |
| Just For Today | Drake, Ervin | Lindabet Music Corporation | EP0000247807 |
| Make Believe Lover | Drake, Ervin | Lindabet Music Corporation | EP0000154564 |
| Marilyn | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU0000284921 |
| My Friend | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU0000335965 |
| No Restricted Signs | Drake, Ervin | Lindabet Music Corporation | EP9438 |
| One God | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU0000349948 |
| Perdido | Drake, Ervin; Lengsfelder, Hans; Tizol, Juan | Lindabet Music Corporation | EP107397 |
| Something To Live For | Drake, Ervin | Lindabet Music Corporation | EP0000182245 |

| Exhibit D Musical Compositions |||| 
| Composition Title | Writer(s) | Publisher(s) | Copyright Registration # |
| --- | --- | --- | --- |
| Sonata | Alstone, Alex; Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EF6320 |
| That's Good, That's Bad | Drake, Ervin; Shirl, Jimmy | Lindabet Music Corporation | EU0000239742 |
| The Father Of Girls | Drake, Ervin | Lindabet Music Corporation | EU0000789184 |
| The Friendliest Thing | Drake, Ervin | Lindabet Music Corporation | EP0000182246 |
| The Look Of Love | Davies, Lewis; Drake, Ervin; Light, Enoch | Lindabet Music Corporation | EU0000706321 |
| Tico Tico (Version w/English Lyrics) | Abrea, Zequinha; Drake, Ervin | Lindabet Music Corporation | EP116267 |
| You Blew Out The Flame In My Heart | Drake, Ervin; Hodges, Johnny; Shirl, Jimmy | Lindabet Music Corporation | EP0000055515 |
| Everywhere You Go | Fisher, Mark; Goodwin, Joe; Shay, Larry | Music By Shay | E679466 |
| Get Out And Get Under The Moon | Jerome, William; Shay, Larry; Tobias, Charles | Music By Shay | E688151 |
| Our Old Home Team | Gillespie, Haven; Shay, Larry | Music By Shay | EP0000176645 |
| Take A Letter Miss Jones | Holzer, Lou; Laurent, Anne; Shay, Larry | Music By Shay | EP55785 |
| When You're Smiling (The Whole World Smiles With You) | Fisher, Mark; Goodwin, Joe; Shay, Larry | Music By Shay | E690642 |
| Who Wouldn't Be Jealous Of You | Frommel, George; Gillespie, Haven; Shay, Larry | Music By Shay | E699632 |
| A Cowboy Has To Sing | Nolan, Bob | Music Of The West | EP76252 |
| At The Rainbow's End | Nolan, Bob | Music Of The West | EP54004 |
| Biscuit Blues | Nolan, Bob | Music Of The West | EP76252 |
| Blue Prairie | Nolan, Bob; Spencer, Tim | Music Of The West | EP55065 |
| Bound For The Rio Grande | Nolan, Bob | Music Of The West | EP76252 |
| Chant Of The Wanderer | Nolan, Bob | Music Of The West | EP85378 |
| Cody Of The Pony Express | Nolan, Bob | Music Of The West | EP85378 |
| Cool Water | Nolan, Bob | Music Of The West | EP58693 |
| Echoes From The Hills | Nolan, Bob | Music Of The West | EP54004 |
| Following The Sun All Day | Nolan, Bob | Music Of The West | EU153491 |
| Happy Cowboy | Nolan, Bob; Spencer, Tim | Music Of The West | EP54004 |
| He Walks With The Wild And The Lonely | Nolan, Bob | Music Of The West | EP0000177808 |
| Hold That Critter Down | Nolan, Bob | Music Of The West | EU124066 |
| I Follow The Stream | Nolan, Bob | Music Of The West | EP54004 |

| Exhibit D Musical Compositions | | | |
|---|---|---|---|
| Composition Title | Writer(s) | Publisher(s) | Copyright Registration # |
| I Still Do | Nolan, Bob | Music Of The West | EP56243 |
| I Wonder If She Waits For Me Tonight | Nolan, Bob | Music Of The West | EU153492 |
| Lord You Made The Cowboy Happy | Nolan, Bob | Music Of The West | EU153496 |
| Love Song Of The Waterfall | Barnes, Bernard; Nolan, Bob; Winge, Carl | Music Of The West | EP66525 |
| Moonlight On The Prairie | Nolan, Bob; Spencer, Tim | Music Of The West | EP43820 |
| On The Rhythm Range | Nolan, Bob | Music Of The West | EP85378 |
| One More Ride | Nolan, Bob | Music Of The West | EP56243 |
| Open Range Ahead | Nolan, Bob | Music Of The West | EU153494 |
| Ridin' Home | Nolan, Bob | Music Of The West | EU98372 |
| Rise An Shine | Nolan, Bob | Music Of The West | EP85378 |
| Round Up Time Is Over | Nolan, Bob | Music Of The West | EP85378 |
| Send Him Home To Me | Nolan, Bob | Music Of The West | EU160987 |
| Sky Ball Paint | Nolan, Bob | Music Of The West | EP54004 |
| Song Of The Bandit | Nolan, Bob | Music Of The West | EU153495 |
| Still Water Pool | Nolan, Bob | Music Of The West | EP85378 |
| The Boss Is Hangin' Out A Rainbow | Nolan, Bob | Music Of The West | EP85378 |
| The Devil's Great Grand Son | Nolan, Bob | Music Of The West | EU160994 |
| The Hangin' Blues | Nolan, Bob | Music Of The West | EU160998 |
| The West Is In My Soul | Nolan, Bob | Music Of The West | EP85378 |
| This Ain't The Same Old Range | Nolan, Bob | Music Of The West | EU160991 |
| This Old White Mule Of Mine | Nolan, Bob | Music Of The West | EP54004 |
| Trail Dreamin' | Nolan, Bob | Music Of The West | EP85378 |
| Trail Herdin' Cowboy | Nolan, Bob | Music Of The West | EP85378 |
| Tumbling Tumbleweeds | Nolan, Bob | Music Of The West | EP42785 |
| Way Out There | Nolan, Bob | Music Of The West | EP54004 |
| When Pay Day Rolls Around | Nolan, Bob | Music Of The West | EP76252 |
| When The Golden Train Comes Down | Nolan, Bob | Music Of The West | EP54004 |
| Wind | Nolan, Bob | Music Of The West | EP171759 |
| Ashokan Farewell | Ungar, Jay | Swinging Door Music | PAu000705710 |
| Backyard Symphony | Ungar, Jay | Swinging Door Music | PA0001195515 |
| Bad Attitude | Mason, Molly | Swinging Door Music | PA0001195516 |
| Bonaparte's Retreat | Mason, Molly; Ungar, Jay | Swinging Door Music | PAu002444192 |

| Exhibit D Musical Compositions | | | |
|---|---|---|---|
| Composition Title | Writer(s) | Publisher(s) | Copyright Registration # |
| Brother's Keeper | Ungar, Jay | Swinging Door Music | PA0000625349 |
| Calling Jesse | Stover, Evan | Swinging Door Music | PA0000159290 |
| Contranova | Barenberg, Russell; Glaser, Matt; Mason, Molly; Stover, Evan; Ungar, Jay | Swinging Door Music | PAu000705702 |
| Daybreak In The Mountains | Barenberg, Russell; Glaser, Matt; Mason, Molly; Stover, Evan; Ungar, Jay | Swinging Door Music | PA0000159297 |
| Four Blue Walls | Merenda, Ruth U | Swinging Door Music | PAu002515754 |
| Icelandic Hymn | Sigurbjornsson, Thorkell | Swinging Door Music | PAu000705709 |
| Look South | Stover, Evan | Swinging Door Music | PAu000705708 |
| Louisiana Wedding Bells | Mason, Molly | Swinging Door Music | PAu002189811 |
| Lover's Waltz | Mason, Molly; Ungar, Jay | Swinging Door Music | PAu001712752 |
| Melt Down At Indian Point | Ungar, Jay | Swinging Door Music | PA0000159293 |
| O Death | Billington, Scott; Jones, Bessie; Lomax, Alan; Powell, Dirk R; Reynolds, Steven | Swinging Door Music | PA0001615300 |
| Poto And Cabengo | Glaser, Matt | Swinging Door Music | PAu000705707 |
| Prairie Spring | Ungar, Jay | Swinging Door Music | PAu002453701 |
| Snowbird In The Ashbank | Stover, Evan; Ungar, Jay | Swinging Door Music | PAu000705704 |
| The Farmer's Set | Mason, Molly; Ungar, Jay | Swinging Door Music | PAu002444190 |
| The Lover's Lament | Mason, Molly; Ungar, Jay | Swinging Door Music | PAu002186102 |
| The Misty Dawn Medley: Misty Molly/Foxy Mary/My Darling Asleep | Ungar, Jay | Swinging Door Music | PAu002185783 |
| The Montague Processional | Kaynor, David | Swinging Door Music | PAu002185782 |
| The Rags | Barenberg, Russell; Glaser, Matt; Mason, Molly; Stover, Evan; Ungar, Jay | Swinging Door Music | PA0000159295 |
| Vladimir's Steamboat | Ungar, Jay | Swinging Door Music | PAu000705711 |
| Whitesburg | Stover, Evan | Swinging Door Music | PAu000705703 |
| You Low Down Dirty Dog | Ungar, Jay | Swinging Door Music | PA0000159291 |